# EXHIBIT 1

