United States District Court
for the
Southern District of Florida

Fernanda Price,individually and on
behalf of all others similarly
situated, Plaintiffs,

v.

Walgreen Co., Defendant.

)
)
)
)
)
)
)
)

Civil Action No. 22-21405-Civ-Scola

### Order Granting Joint Motions to Stay and for an Extension of Time

Plaintiffs Fernanda Price and Tarvio McKinney and Defendant Walgreen Co. jointly seek a stay of these proceedings pending the Food & Drug Administration's resolution of an ongoing rulemaking concerning menthol cigarettes that Plaintiffs contend bear on their claims in this case. *See Tobacco Product Standard for Menthol in Cigarettes, A Proposed Rule by the Food & Drug Administration*, 87 Fed. Reg. 26,454 (May 4, 2022).

Under the primary jurisdiction doctrine, this Court has broad authority to dismiss or stay an action pending the resolution of a relevant action by a federal agency, including the FDA. *See, e,g., Quidera v. Blackstone Labs, LLC*, No. 20-CV-80898, 2021 WL 4958789, at *3 (S.D. Fla. Mar. 8, 2021); *Snyder v. Green Roads of Florida LLC*, 430 F. Supp. 3d 1297, 1307-08 (S.D. Fla. 2020); *Greenfield v. Yucatan Food L.P.*, 18 F. Supp. 3d 1371, 1375-77 (S.D. Fla. 2014). Applying the primary jurisdiction doctrine, the Court finds that the FDA's proposed rule concerns the sale of menthol cigarettes in the United States and further finds that Plaintiffs' amended complaint likewise concerns the sale of menthol cigarettes in the United States.

Accordingly, upon consideration of the joint motion, the record, and the relevant legal authorities, the Court **grants** the parties' motion (**ECF No. 12**) and **stays** this case pending the FDA's consideration of the proposed rule titled: *Tobacco Product Standard for Menthol in Cigarettes, A Proposed Rule by the Food & Drug Administration*, 87 Fed. Reg. 26,454 (May 4, 2022). Within thirty days of the effective date of any final rule or within thirty days of FDA announcing that it will not proceed with a final rule, the Plaintiffs must file a joint status report providing the parties views on how, if at all, the case should proceed. In light of the stay, the Court directs the Clerk to **close** this case.

Additionally, the Court also **grants, in part**, the parties' joint motion for an extension of the deadline for Walgreen to respond to the complaint (**ECF No.**

13). Walgreen must respond to the complaint within **fourteen days** of the Court's reopening this case.

**Done and ordered** in Miami, Florida, on August 30, 2022.

Robert N. Scola, Jr.
United States District Judge